**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

**DOUGLAS CAMERON MILLER**   *   **Case No. 20-11621**
                                              *
                                              *            **Chapter 7**
                    **Debtor**       *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**RESPONSE TO  REQUEST FOR**</u>
<u>**ADMISSION OF FACTS AND GENUINENESS OF DOCUMENTS**</u>

Douglas C. Miller, Debtor, through undersigned Counsel hereby responds to  Marc H Baer, the

Chapter 7 Trustee, requests for admission and genuineness of Documents and states as follows:

1.   Admit

2.   Admit

3.   Admit

4.   Admit

5.   Admit.

6.   Admit.

7.   Admit.

8.   Admit.

9.   (i) admit in part, deny as to Debtor's address which is 4 Luna Lane, Severna Park, Maryland.

     (ii) admit

10.  Admit.

11.   Admit as to the scheduled balance, deny as to Bank of America being a first lien, it is a second (Home Equity Line oif Credit).

12.   Admit as to the arrearage figure, deny as to bank of America being a first lien holder.

13.   Admit as to the existence of the lien and the scheduled amount, deny that said lien is a second lien, it is the first lien against the property.

14.   Admit.

15.   Admit. At the time the case was filed these were the figures listed, since the filing of the case however and due to the Covid 19 pandemic Debtor has lost his job, as such he currently only has his monthly pension as monthly income.

16.   Admit, Debtor further states that if he continues in a chapter 13 case an amended plan will need to be filed as the initial plan filed in February is no longer suffiucient.

17.   Admit, Debtor further state that he had hoped to pay the monies due to (the now deceased) Mr. Kreter outside the plan.

18.   Admit.

19.   Admit.

20.   Deny, The Motion to Re-Convert was filed in order to allow Debtor to pay the amount over exemptions over a 60 month time period. Further stating that since the filing of the case and the onset of the Covid-19 pandemic debtor has lost his job. He needs the fund in his (now frozen by the Chapter 7 trustee) bank account to live on and pay bills. Debtor, in a chapter 13 case can make the monthly trustee payments out of his pension each month, until he obtains new employment.

21.     Admit, further stating in a chapter 13 case Debtor would look into either obtaining the

Court's permission to sell the home, refinancing/modifying the loan, or surrendering his

interest in the home.

22.     Debtor can neither admit nor deny the Exhibit as it is not attached. Debtor does believe

the Agreement as recorded in Anne Arundel County land records is genuine.

Respectfully submitted,

/s/ David L. Ruben
David L. Ruben, Esquire (#10477)
Law Offices of David L. Ruben
7310 Ritchie Hwy, Suite 704
Glen Burnie, MD 21061
410-766-4044
Sue@rubenlaw.com
Attorney for Debtor

AFFIDAVIT OF DEBTOR

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper
are true to the best of my knowledge, information, and belief.

/s/ Douglas C. Miller
Douglas C. Miller, Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 28, 2020, a copy of the foregoing was mailed via ECF to:

Marc Baer, Ch 7. Trustee
Via ECF

/s/ David L. Ruben
David L. Ruben, Esquire (#10477)